IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:20-CR-00074-M-3

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| JEREMY CLINE, | |
| Defendant. | |

This matter comes before the court on Defendant's motion to seal [DE 123]. Pursuant to Local Criminal Rule 55.2(a) and for the reasons set forth in DE 122, the Defendant's motion is GRANTED. The Clerk of the Court is directed to maintain the document at DE 122 under seal until further order of the Court. In addition, the Clerk shall provide copies of this order to the parties' counsel.

SO ORDERED this 13th day of April, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE